1

2

3

4

5

6

7

8

9          **IN THE UNITED STATES DISTRICT COURT**

10      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12

13   JOSE LUIS CAPACETE, JR.,                Case No. SA CV 16-1016 DSF (MRW)

14             Petitioner,

15             v.                     JUDGMENT

16   SCOTT FRAVENHEIM, Warden,

17             Respondent.

18

19

20        Pursuant to the Order Accepting Findings and Recommendations of the

21 United States Magistrate Judge,

22        IT IS ADJUDGED that the petition is denied and this action is dismissed

23 with prejudice.

24

25        2/6/17

26 DATE: _____      _____

27                   HON. DALE S. FISCHER
   UNITED STATES DISTRICT JUDGE

28